```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __JAN 25 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,  :

       - v. -  :

WILKENS RIVERA,  :

       Defendant.  :

------------------------------------X

**INDICTMENT** *RCD*

*07 CRIM.* **70**

### COUNT ONE

    The Grand Jury charges:

    1.   From at least in or about February 2006, up through and including in or about May 2006, in the Southern District of New York and elsewhere, WILKENS RIVERA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Section 922(a)(1)(A).

    2.   It was a part and an object of the conspiracy that RIVERA and his co-conspirators unlawfully, willfully, and knowingly, not being licensed importers, licensed manufacturers, and licensed dealers, would and did unlawfully, willfully, and knowingly engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business shipped, transported, and received firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

*JUDGE DANIELS*

OVERT ACT

3.   In furtherance of the conspiracy and to effect the
illegal object thereof, the following overt act, among others,
was committed in the Southern District of New York:

a.   In or about February 2006, in the Bronx, New
York, RIVERA introduced a confidential informant to a co-
conspirator not named as a defendant herein.

(Title 18, United States Code, Section 371.)

**COUNT TWO**

The Grand Jury further charges:

4.   From at least in or about February 2006, up
through and including in or about May 2006, in the Southern
District of New York and elsewhere, WILKENS RIVERA, the
defendant, and others known and unknown, unlawfully, willfully,
and knowingly, not being licensed importers, licensed
manufacturers, and licensed dealers, did engage in the business
of importing, manufacturing, and dealing in firearms, and in the
course of such business shipped, transported, and received
firearms in interstate and foreign commerce, to wit, RIVERA and
his accomplices sold approximately twelve firearms, including a

.380-caliber pistol, a .357-caliber pistol, a .25-caliber pistol,
and a .40-caliber pistol.

(Title 18, United States Code, Sections 922(a)(1)(A) and 2.)


_____          _____
GRAND JURY FOREPERSON                 MICHAEL J. GARCIA
                                      UNITED STATES ATTORNEY

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**WILKENS RIVERA,**

**Defendant.**

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 371, 922(a)(1)(A), and 2.)

_____
                    MICHAEL J. GARCIA
                 United States Attorney.

**A TRUE BILL**

_____
                                  Foreperson.

---

*1/25/07 Case assigned to J. Daniels for all purpose*

*M J Younsten*