U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2007

USDC SDNY
... Y FILED
JAN 3 1 2007

By Facsimile

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Wilkens Rivera**
     07 Cr. 70 (GBD)

Dear Judge Daniels:

The Court has scheduled the initial conference for the above-captioned matter for February 14, 2007 at 10:00 am and referred arraignment to Magistrate Court. The Government respectfully submits this letter to request that time be excluded under the Speedy Trial Act until the February 14 conference. Exclusion would serve the interests of justice because it would enable the Government to produce discovery and allow the parties to engage in plea discussions. Michael Hurwitz, Esq., counsel for the defendant, has consented to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc:  Michael Hurwitz, Esq. (By Facsimile: 212-619-6743)

JAN 3 1 2007
SO ORDERED: _George B. Daniels_
HON. GEORGE B. DANIELS
GEORGE B. DANIELS