

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 7 2007

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2007

By Facsimile (212-805-6737)

**SO ORDERED**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*[signature]*

GEORGE B. DANIELS

MAY 1 7 2007

Re:   United States v. Wilkens Rivera
      07 Cr. 70 (GBD)

Dear Judge Daniels:

The Government respectfully submits this letter to request that tomorrow's 10:00 am conference in the above-captioned matter be adjourned. As the Court is aware, tomorrow's conference was scheduled based on the belief that B. Alan Seidler, Esq., would be retained as counsel by the defendant and would be replacing the defendant's current attorney, Michael Hurwitz, Esq. Mr. Seidler has advised the Government, however, that he has not yet been retained and his appearance in this case remains uncertain. Mr. Hurwitz has also indicated that he is unable to appear tomorrow. Accordingly, the Government would ask that the conference be adjourned until May 31, 2007 at 10:00 am so that the legal representation of the defendant can be resolved. Should this request be granted, the Government would also ask that time under the Speedy Trial Act be excluded until the adjourn date, since the adjournment is required to ascertain who will be serving as the defendant's attorney. Mr. Hurwitz has consented to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc:   Michael Hurwitz, Esq.; B. Alan Seidler, Esq.