# HURWITZ STAMPUR & ROTH
## ATTORNEYS AT LAW

MICHAEL HURWITZ
WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 5 2007
```

June 14, 2007

**BY FACSIMILE (212-805-6737)**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS
JUN 1 5 2007

Re:    <u>United States v. Wilkens Rivera</u>
07 CR. 70 (GBD)

Dear Judge Daniels:

This is to confirm that Edgardo Ramos, Esq. has substituted for me in the matter before Judge Karas Indictment No. 06 CR. 984. Mr. Rivera has informed me that he wishes Edgardo Ramos to replace me in the matter before Your Honor, and Mr. Ramos has confirmed that he is prepared to substitute me.

Sincerely,

Michael Hurwitz

MH:jpy

cc.    Edgardo Ramos, Esq.
AUSA Wilson Leung