USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 1 2007

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2007

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*[signature]*
GEORGE B. DANIELS

Re:  **United States v. Wilkens Rivera**
       07 Cr. 70 (GBD)

Dear Judge Daniels:

The Government respectfully submits this letter on behalf of the parties to request an adjournment of the July 10, 2007 conference in the above-captioned matter. The parties have reached a disposition in this matter as well as in another matter involving the defendant that is pending before Judge Karas (06 Cr. 984), and have requested that the matters be consolidated for plea and sentencing. Accordingly, the parties would ask that this matter be adjourned for a month and that time be excluded in the interests of justice under the Speedy Trial Act to allow for consolidation of the cases and for the scheduling of a plea on the consolidated charges. Edgardo Ramos, Esq., counsel for the defendant, has consented to these requests.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
W.S. Wilson Leung
Assistant United States Attorney
(212) 637-2401

Cc:  Edgardo Ramos, Esq.